IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00801-REB-CBS               Date: November 24, 2014
Courtroom Deputy: Amanda Montoya            FTR – Reporter Deck-Courtroom A402

*Parties:*                                                         *Counsel:*

FREDRICK K JENKINS,                                Paul Wolf

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES,            Sean Gallagher
                                                                       Elizabeth Phillips

Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 01:28 p.m.**
Court calls case.  Appearances of counsel.

Plaintiff Fredrick Jenkins is present with counsel.  This hearing comes before the Court in regards to MOTION [24] to Compel Production of Discovery, or in the Alternative, for Evidence Spoliation Sanctions.  Mr. Wolf filed NOTICE [30] of Withdrawal of Motion to Compel.

**ORDERED:**    NOTICE [30] of Withdrawal of Motion to Compel is **GRANTED** and MOTION [24] to Compel Production of Discovery, or in the Alternative, for Evidence Spoliation Sanctions is **WITHDRAWN**.

The Court addresses MOTION [31] to Withdraw as Attorney.  Discussion regarding Mr. Wolf's decision to withdraw from the case.

**1:56 p.m.**      Defense counsel leaves the courtroom.  Mr. Wolf and Mr. Jenkins discuss issues regarding Mr. Wolf's Motion to Withdraw.

**2:22 p.m.**      Defense counsel re-enters the courtroom.

**ORDERED:** Mr. Wolf elects to remain on the case.  MOTION [31] to Withdraw as Attorney is **WITHDRAWN**.

Discussion regarding depositions.  Counsel intends on taking local depositions on December 8th and 9th and are in discussions to take a deposition in Texas.  Mr. Wolf addresses obtaining Mr. Brenson's personnel file.  There are documents missing from Mr. Benson's personnel file that were included in Mr. Jenkin's personnel file.  Further discussion regarding Plaintiff's request for call log, key entry record, and policy manuals.  Counsel will work together to address these issues.

HEARING CONCLUDED.

**Court in recess: 02:49 p.m.**
Total time in court: 01:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.