IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00801-REB-CBS | Date: April 20, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                             *Counsel:*

FREDERICK K. JENKINS,                Paul Wolf (by phone)

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES,         Sean Gallagher
                                                         Elizabeth Phillips

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  MOTION HEARING**
**Court in session: 10:58 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *Plaintiff's MOTION [47] to Reopen Discovery*. Argument regarding the motion.  The Plaintiff would like to serve two interrogatories on the Defendant.

**ORDERED:**     *Plaintiff's MOTION [47] to Reopen Discovery* is **DENIED.**

*Defendant's MOTION [37] for Summary Judgment* has been referred to Magistrate Judge Shaffer.  Parties wish to rest on their respective briefs for the motion.

HEARING CONCLUDED.

**Court in recess: 11:33 a.m.**
Total time in court: 00:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.