**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00801-REB-CBS

FREDRICK K. JENKINS,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Overruling Objections to and Adopting Recommendation of United States Magistrate Judge** [#61] of Judge Robert E. Blackburn entered on July 20, 2015 it is

ORDERED that, the **Recommendation of United States Magistrate Judge** [#55], filed May 27, 2015, is approved and adopted as an order of this court; it is

FURTHER ORDERED that, the objections stated in plaintiff's **Response and Objections to Recommendation of United States Magistrate Judge** [#56], filed June 10, 2015, are overruled; it is

FURTHER ORDERED that the **Defendant's Motion for Summary Judgment** [#37], filed January 9, 2015, is granted; it is

FURTHER ORDERED that the plaintiff's claims against defendant are dismissed with prejudice; it is

FURTHER ORDERED that judgment with prejudice enters on behalf of defendant, Catholic Health Initiatives, and against plaintiff, Fredrick K. Jenkins, as to all claims and causes of action asserted herein; it is

FURTHER ORDERED that this case is closed; it is

FURTHER ORDERED that the defendant is awarded its costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of July, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk